RACHEL EHRENFELD, Appellant, v KHALID SALIM BIN MAHFOUZ, Respondent.

Submitted October 22, 2007; decided November 15, 2007

Motion by the Middle East Forum for leave to appear amicus curiae on consideration of the certified question herein denied

as untimely (*see* Rules of Prac of Ct of Appeals [22 NYCRR] § 500.23).

Judge SMITH taking no part.